UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

EL RASHIDI EL MIZAN CONFECTIONERY,

                              Plaintiff,

- against -

WAKEFERN FOOD CORP, *et al.*,

                              Defendants.

-------------------------------------------------------------------x

**ORDER**

No. 19-CV-7743

Seibel, J.

     Pursuant to my Emergency Individual Rules and Practices in Light of COVID-19, last revised March 19, 2020, all parties to civil conferences shall attend by phone, using the following information:

     Toll-Free Number:  (877) 336-1839
     Access Code:  1047966

     The parties should call in from a landline, announce their names before speaking, and mute their lines when not speaking.  This Order is subject to revocation at any time.

**SO ORDERED.**

Dated: March 31, 2020
       White Plains, New York

                                                        _____
                                                        CATHY SEIBEL, U.S.D.J.