UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
EL RASHIDI EL MIZAN CONFECTIONERY,

                             Plaintiff,

      – against –

WAKEFERN FOOD CORP., *et al.*,

                             Defendants.
---------------------------------------------------------------------------x

**ORDER**

19-CV-7743 (CS)

Seibel, J.

       On August 14, 2019, Plaintiff filed this action against Wakefern Food Corporation, Worldwide Food Source LLC, and Ferolie Corporation.  (Doc. 1.)  Plaintiff voluntarily dismissed its claims against Wakefern Food Corporation on January 24, 2020.  (Doc. 42.)

       On August 28, 2020, Plaintiff's counsel withdrew from the case.  (Minute Entry dated Aug. 28, 2020.)  On that same day, the Court set a September 28, 2020 deadline for Plaintiff to retain new counsel and for counsel to file a Notice of Appearance.  (*Id.*)  The Court then ordered Plaintiff's counsel to inform Plaintiff of the Court's August 28 order, and file proof of the same on the record, which he did.  (Doc. 77.)  No counsel for Plaintiff has appeared.

       It is hereby ORDERED that this matter is dismissed as to the remaining Defendants pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: September 29, 2020
       White Plains, New York

                                                    _____
                                                    CATHY SEIBEL, U.S.D.J.